## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV5801                                                                                       Purchased/Filed: June 19, 2007
STATE OF NEW YORK        UNITED STATES DISTRICT COURT                           SOUTHERN DISTRICT

---

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds       Plaintiff

against

EMB Contracting Corp.                                                                                           Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_Jessica Miller_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _June 26, 2007_, at _2:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_EMB Contracting Corp._, the Defendant in this action, by delivering to and leaving with _Donna Christie_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: _38_    Approx. Wt: _145_    Approx. Ht: _5'5"_
Color of skin: _White_    Hair color: _Blonde_    Sex: _F_    Other: ____

Sworn to before me on this
_28th_ day of _June, 2007_

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice-Work Order # SP0705432

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179