UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                            Index No.: 07-CIV-5801 (CLB)

                  Plaintiffs,       **VOLUNTARY NOTICE
                                OF DISMISSAL & ORDER**

  -against-

EMB CONTRACTING CORP.,

                  Defendants.
-------------------------------------------------------------x

       Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: July 13, 2007
       Elmsford, New York

                                                   *Dana L. Henke* (signature)
                                                   Dana L. Henke, Esq. (DLH3025)
                                                   Attorney for Plaintiff
                                                   258 Saw Mill River Road
                                                   Elmsford, New York 10523
                                                   (914) 592-1515

SO ORDERED

*Charles Brieant* (signature)
                                                   July 17, 2007
Honorable Charles L. Brieant, U.S.D.J.        White Plains, NY